IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-cv-00453-WWB-DC

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

     Plaintiff,

v.

AGEWELLSOLUTIONS, LLC,
GILLES PESANT, and KIMBERLY
CRAWFORD,

     Defendants.

---

**DECLARATION OF JAMES D'LOUGHY**

James D'Loughy does hereby declare pursuant to 28 U.S.C. § 1746:

1.     I submit this declaration in support of plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. and ("Plaintiff") Motion for Default Final Judgment against defendants AgewellSolutions, LLC ("AgewellSolutions"), Gilles Pesant ("Pesant"), and Kimberly Crawford ("Dr. Crawford") (collectively, the "Defendants"). This declaration and the facts stated herein are based upon my personal knowledge.

2.     I am an active member in good standing of the State Bar of Georgia (admitted in 1993) and the Florida Bar (admitted in 1995). I am one of two principal

1

shareholders of the law firm CopyCat Legal PLLC ("CopyCat Legal"), which has provided legal services to Plaintiff throughout the pendency of this action.

3.    I am a 1992 graduate of Mercer University, Walter F. George School of Law. In 1993 I received an LL.M – Master of Laws in transnational business practice from the University of the Pacific, McGeorge School of Law. I am admitted to the federal courts in: (a) the United States District Court for the Middle District of Florida, (b) the United States District Court for the Southern District of Florida, (c) the United States District Court for the Northern District of Georgia, and (d) the United States District Court for the Middle District of Georgia.

4.    Early in my career, I worked for several multi-national companies as in-house counsel before entering into solo practice. Since 2005, my practice has principally focused on business litigation. During that time, I have served as counsel of record in scores of lawsuits. In 2019, I and my partner, Daniel DeSouza, Esq., founded CopyCat Legal, an intellectual property law firm that represents the creative community with respect to the copyright infringement of their work.

5.    In addition to myself, a first-year associate (Meghan Medacier) also billed time on this matter. She is a 2021 graduate of The University of Florida Levin College of Law, where she served on law review. She previously worked at Cole, Scott & Kissane, P.A. prior to joining CopyCat Legal in 2023. She is admitted to the Florida Bar, the United States District Court for the Southern District of Florida,

the United States District Court for the Middle District of Florida, and the United

States District Court for the District of Colorado.

6.      The purpose of this declaration is to memorialize the fees for legal

services, costs, and expenses provided by CopyCat Legal in the above-captioned

case through the present date.

7.      CopyCat Legal establishes standard hourly rates for services

provided by its attorneys. These rates are within the range charged by other

lawyers in South Florida and are fair and reasonable rates for this type of work.

8.      I am familiar with the services provided to Plaintiff in this action and

the rates charged for such work.

9.      The attorneys and paralegals at CopyCat Legal record the time spent

on matters contemporaneously on electronic billing software/time sheets. Each

time entry includes the date the work is performed, the client and matter numbers,

the time spent, and a brief description of the nature of the work performed.

10.     Through the present date, I expended 2.7 hours of attorney time in

prosecuting this matter on Plaintiff's behalf, our associate attorney (Meghan

Medacier) expended 6.5 hours of attorney time in prosecuting this matter on

Plaintiff's behalf, and our paralegal (Denise Sosa) expended .30 hours of time in

prosecuting this matter on Plaintiff's behalf. This includes the time spent to

investigate the alleged infringement, drafting an initial notice letter to Defendant,

drafting the Complaint in this matter, attempting service, drafting the Motion for

Clerk's Default, drafting the Motion for Entry of Default Judgment, and drafting

the exhibits/supporting declarations for such motion. All of these time entries are

reflected in CopyCat Legal's billing records that are being provided in connection

herewith as **Exhibit "1."**

11.     My billable rate for copyright/intellectual property matters at

CopyCat Legal is $450.00 per hour, the rate for associate attorneys is $325.00, and

the rate for paralegals is $125.00 per hour. These rates are within the range charged

by other lawyers in South Florida with similar experience/background and is fair

and reasonable for this type of work.  See, e.g., Afford. Aerial Photography, Inc. v.

Elegance Transp., Inc., No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586,

at *30 (M.D. Fla. Feb. 23, 2022) (report & recommendation)[1] (finding undersigned

counsel's rate reasonable in copyright infringement lawsuit in which undersigned

counsel was primary attorney); Shelton v. Liberty Mut. Fire Ins. Co., No. 8:12-cv-

2064-T-30AEP, 2014 U.S. Dist. LEXIS 19874, at *6 (M.D. Fla. Feb. 18, 2014) (finding

$425.00 per hour reasonable for AV-rated lead attorney who "has been practicing

for nearly 17 years"); Ikpe v. Kreative Therapy & Rehab Ctr., Inc., Case No. 18-

23217-CIV, 2019 U.S. Dist. LEXIS 47106, at *2 (S.D. Fla. Mar. 20, 2019) (J. Williams)

---

[1]     A default judgment in favor of Plaintiff and against Defendants was entered on February 23, 2022
[D.E. 16].

(holding that $400.00 per hour was a reasonable rate for an attorney with 16 years of experience in an FLSA case); <u>ADT LLC, v. Sec. Networks, LLC</u>, No. 12-81120-Civ-Hurley/Hopkins, 2018 U.S. Dist. LEXIS 5974, at *25 (S.D. Fla. Jan. 11, 2018) (finding rates of $425.00 - $440.00 per hour reasonable for attorney with over 15 years' experience, admitted to multiple states, and who practices complex commercial litigation); <u>Bork v. Quynh</u>, No. 2:19-cv-354-FtM-38MRM, 2020 U.S. Dist. LEXIS 202810, at *4 (M.D. Fla. Oct. 14, 2020) (hourly rate of $450.00 per hour reasonable for 10-year attorney in copyright infringement lawsuit); <u>Newman v. Eduardo Meloni, P.A.</u>, No. 0:20-CV-60027-UU, 2020 U.S. Dist. LEXIS 163064 , at *2 (S.D. Fla. Sept. 4, 2020) (finding a $450 per hour requested rate reasonable in class action lawsuit for senior partner with sixteen years of experience and a $350 per hour requested rate reasonable for associate with more than five years of experience); <u>Parrot, Inc. v. Nicestuff Distrib. Int'l, Inc.</u>, 2010 U.S. Dist. LEXIS 16128, 2010 WL 680948, at *12 (S.D. Fla. Feb. 24, 2010) (finding reasonable hourly rates for commercial litigator with 22 years of experience to be in the range of $475.00 - $500.00).

12.     Further, the hourly rates for both myself, associates, and for CopyCat Legal's paralegals have previously been found to be reasonable by multiple federal courts. <u>See, e.g.</u>, <u>Patriot Fine Foods</u>, at pp. 11 – 12 ("In light of counsel's experience (*see id.* ¶¶ 2–5), and the prevailing market rates, and Defendant's failure to oppose

5

the reasonableness of the rate, I find that the proposed hourly rate of $450 is reasonable based upon the facts and circumstances of this case, including Defendant's default."); Afford. Aerial Photography, Inc. v. Elegance Transp., Inc., No. 6:21-cv-1166-CEM-LHP, 2022 U.S. Dist. LEXIS 32586, at *29 (M.D. Fla. Feb. 23, 2022) (finding undersigned counsel's $450.00 hourly rate and Ms. Thomas' $125.00 hourly rate to be reasonable in copyright infringement case); Temurian v. Piccolo, No. 18-CV-62737-SMITH/VALLE, 2021 U.S. Dist. LEXIS 63144, at *6 (S.D. Fla. Mar. 30, 2021) (in commercial litigation case, finding undersigned counsel's $400.00 hourly rate reasonable for work performed from 2018 – 2020).

13.    Plaintiff is entitled to recover its reasonable attorneys' fees incurred in this action pursuant to 17 U.S.C. § 505. Plaintiff had incurred reasonable attorneys' fees in the amount of $3,365.00. True copies of CopyCat Legal's billing records, setting forth the time incurred on this matter, are annexed hereto as **Exhibit "1."**

14.    I am familiar with the lodestar method of determining the reasonableness of attorneys' fees. The above-described fees are reasonable for the services provided to Plaintiff.

15.    In addition, CopyCat Legal incurred $617.00 in actual costs on Plaintiff's behalf in connection with pursuing this lawsuit, all of which is properly taxable. Invoices for such are attached hereto and separately on Plaintiff's Bill of

Costs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: August 21, 2023                     /s/James D'Loughy_____
                                                         James D'Loughy