**Copycat Legal PLLC**
3111 N University Drive
Suite 310
Coral Springs, FL 33065
877-437-6228



**Prepared Food Photos, Inc.**
38 Church Street
Pawtucket, RI 02860
United States

| | |
|---|---|
| **Balance** | $3,982.00 |
| **Invoice #** | 00165 |
| **Invoice Date** | August 21, 2023 |
| **Payment Terms** | |
| **Due Date** | |

**Prepared Food Photos, Inc. v. Agewell Solutions, LLC, Gilles Pesant and Kimberly Crawford**

**Time Entries**

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 10/03/2022 | JD | Time | Drafted and sent demand package. | $450.00 | 1.10 | $495.00 |
| 11/16/2022 | JD | Time | Sent follow up email to infringer. | $450.00 | 0.10 | $45.00 |
| 12/01/2022 | JD | Time | Called infringer to follow up. | $450.00 | 0.10 | $45.00 |
| 12/15/2022 | JD | Time | Sent follow up email to infringer. | $450.00 | 0.10 | $45.00 |
| 12/29/2022 | DS | Time | Sent brief text message to infringer. | $125.00 | 0.10 | $12.50 |
| 01/13/2023 | DS | Time | Follow up email sent to infringer. | $125.00 | 0.10 | $12.50 |
| 01/20/2023 | DS | Time | Called infringer to follow up and sent brief text message. | $125.00 | 0.10 | $12.50 |
| 01/30/2023 | JD | Time | Sent follow up email to infringer. | $450.00 | 0.10 | $45.00 |
| 02/07/2023 | JD | Time | Called infringer to follow up. | $450.00 | 0.10 | $45.00 |
| 03/08/2023 | MM | Time | Drafted complaint for supervising attorney's review. | $325.00 | 2.30 | $747.50 |
| 03/09/2023 | JD | Time | Reviewed and edited draft complaint. | $450.00 | 0.30 | $135.00 |
| 03/13/2023 | MM | Time | Incorprated supervising attorney's edits and filed complaint, summons and cover sheet. | $325.00 | 0.30 | $97.50 |
| 03/17/2023 | MM | Time | Sent summons to process server. | $325.00 | 0.10 | $32.50 |
| 03/20/2023 | MM | Time | Followed up with process server. | $325.00 | 0.10 | $32.50 |
| 03/20/2023 | MM | Time | Filed return of service of summons with court. | $325.00 | 0.10 | $32.50 |
| 05/15/2023 | JD | Time | Drafted and filed First Amended Complaint and summonses. | $450.00 | 0.40 | $180.00 |

| DATE | EE | ACTIVITY | DESCRIPTION | RATE | HOURS | LINE TOTAL |
|---|---|---|---|---|---|---|
| 05/26/2023 | MM | Time | Sent summonses to process server. | $325.00 | 0.10 | $32.50 |
| 06/12/2023 | MM | Time | Followed up with process server. | $325.00 | 0.10 | $32.50 |
| 07/21/2023 | MM | Time | Filed return of service of summonses with court. | $325.00 | 0.10 | $32.50 |
| 07/28/2023 | MM | Time | Drafted and filed Motion for Clerk's Default. | $325.00 | 0.20 | $65.00 |
| 08/08/2023 | MM | Time | Drafted motion for default judgment and sent it to supervising attorney for review. | $325.00 | 2.80 | $910.00 |
| 08/10/2023 | JD | Time | Reviewed default motion and made edits. | $450.00 | 0.40 | $180.00 |
| 08/21/2023 | MM | Time | Incorporated edits and filed motion. | $325.00 | 0.30 | $97.50 |
| | | | | Totals: | **9.50** | **$3,365.00** |

**Expenses**

| DATE | EE | ACTIVITY | DESCRIPTION | COST | QUANTITY | LINE TOTAL |
|---|---|---|---|---|---|---|
| 03/13/2023 | DS | Complaint Filing Fee | | $402.00 | 1.0 | $402.00 |
| 03/21/2023 | DS | Process Server | Brevard County Process Serving - Inv.# 8567147 | $65.00 | 1.0 | $65.00 |
| 07/21/2023 | DS | Process Server | World Class Inv. Inc. - Inv.#2023022752 (Kimberly Crawford) | $50.00 | 1.0 | $50.00 |
| 07/21/2023 | DS | Process Server | World Class Inv. INc. - Inv.#2023022753 (Gilles Pesant) | $50.00 | 1.0 | $50.00 |
| 07/21/2023 | DS | Process Server | World Class Inv. INc. - Inv.#2023022751 (Agewell Solutions) | $50.00 | 1.0 | $50.00 |

*Non-billable Expenses:*

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/02/2022 | JD | Federal Express | Fedex Demand Letter | $25.00 | 1.0 | $25.00 |
| | | | | Expense Total: | | **$617.00** |

| | |
|---|---|
| Time Entry Sub-Total: | $3,365.00 |
| Expense Sub-Total: | $617.00 |
| **Sub-Total:** | $3,982.00 |
| **Total:** | $3,982.00 |
| **Amount Paid:** | $0.00 |
| **BALANCE DUE:** | **$3,982.00** |