UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PREPARED FOOD PHOTOS, INC.,

    Plaintiff,

v.      Case No.: 6:23-cv-453-WWB-DCI

AGEWELLSOLUTIONS, LLC, GILLES PESANT and KIMBERLY CRAWFORD,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Second Renewed Motion for Default Final Judgment Against Defendants (Doc. 32). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 33), in which he recommends that the Motion be granted in part; default judgment be entered in Plaintiff's favor; Plaintiff be awarded its requested damages and part of its requested attorney fees; and the Court adopt Plaintiff's proposed Permanent Injunction. The Report and Recommendation further recommends that the Motion be denied in part as to Plaintiff's request for an award of costs.

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 33) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Second Renewed Motion for Default Final Judgment Against Defendants (Doc. 32) is **GRANTED in part** as set forth the R&R and this Order and **DENIED** in all other respects.

3. Plaintiff is awarded $143,856.00 in statutory damages and $2,715.00 in attorneys' fees.

4. Defendants, their employees, agents, officers, directors, attorneys, successors, affiliates, subsidiaries, and assigns and all those in active concert and participation with Defendants are **PERMANENTLY ENJOINED** from: (a) directly or indirectly infringing Plaintiff's copyright or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any work derived or copied from Plaintiff's copyrighted photograph or to participate or assist in any such activity; and (b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photograph owned by Plaintiff.

5. The Clerk is directed to enter a judgment in favor of Plaintiff and against Defendants awarding Plaintiff $146,571.00.

6. On or before **September 27, 2024**, Plaintiff may seek its taxable costs in accordance with Federal Rule of Civil Procedure 54(d)(1). The Court retains jurisdiction to consider any such proper request.

7. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on September 16, 2024.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party